FIRST DEPARTMENT, SEPTEMBER, 1971

(September 2, 1971)

■ In the Matter of FRANCISCO V. GONZALEZ, Respondent, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York, Respondents, and HUMBERTO APONTE, Appellant.—

No opinion. Concur— Stevens, P. J., Capozzoli, Kupferman, Murphy and McNally, JJ.

■ In the Matter of ENRICO TRONGONE et al., Appellants, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York Respondents.—

No opinion. Concur—Stevens, P. J., Capozzoli, Kupferman, Murphy and McNally, JJ.

■ In the Matter of EDWARD G. ROGOFF et al., Respondents, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York, Respondents, and SEYMOUR TERRY et al., Appellants.—

No opinion. Concur — Stevens, P. J., Capozzoli, Kupferman, Murphy and McNally, JJ.

■ RALPH DE BLASIO et al., Appellants, v. CHARLES E. LUCARINI et al., Respondents, and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.—

No opinion. Concur — Stevens, P. J., Capozzoli, Kupferman, Murphy and McNally, JJ.

(September 3, 1971)

■ In the Matter of CLARE BECKHARDT, Respondent, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York, Respondents, and SAMUEL WEINBAUM et al., Appellants.—

No opinion. Concur — Stevens, P. J., Markewich, Kupferman, McNally, and Tilzer, JJ.

■ In the Matter of TONIO BURGOS, Appellant, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York, and CARLOS M. RIOS, Respondents.—

No opinion. Concur — Stevens, J. P., Markewich, Kupferman, NcNally and Tilzer, JJ.

(September 9, 1971)

■ In the Matter of HARRY WHITFIELD, Petitioner, v. BURTON ROBERTS et al., Respondents.—

No opinion. Concur — Stevens, P. J., Capozzoli, Kupferman, Murphy and McNally, JJ.